# EXHIBIT "B"



New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 272021CA000122CAAXMX [21000122CAAXMX] | 02/17/2021 | Circuit Civil 3-D | OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 02/17/2021 | OTHER CIVIL: OTHER CIRCUIT CIVIL | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| VERGARA, PAMELA STINNETTE | JUDGE | | |
| PETCO ANIMAL SUPPLIES STORES I  Search This Party | DEFENDANT | | |
| ITMAIZA, GLORIA  Search This Party | PLAINTIFF | BERG, GARRETT O. | 1000427 |

### Dockets

Page : 1    10

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 11 | 03/09/2021 | RETURN OF SERVICE ON SUMMONS SERVED ON PETCO ANIMAL SUPPLIES STORES INC 022321 | 2 |
| 📄 | 10 | 03/03/2021 | NOTICE OF APPEARANCE OF GARRETT O BERG AS COUNSEL FOR PLNTF | 2 |
| 📄 | 9 | 02/19/2021 | SUMMONS ISSUED FOR: PETCO ANIMAL SUPPLIES STORES INC | 1 |
| | 5 | 02/19/2021 | Payment received: $410.00 Receipt Number H 721487 | |
| | 4 | 02/19/2021 | Assessment 1 Total Assessed $410.00 Balance Remaining $0.00 | |
| | 2 | 02/19/2021 | Judge: Assigned | |
| 📄 | 8 | 02/17/2021 | SUMMONS ISSUED PETCO ANIMAL SUPPLIES STORES INC - BLANK | 1 |
| 📄 | 7 | 02/17/2021 | COMPLAINT CLASS ACTION | 9 |
| 📄 | 6 | 02/17/2021 | COVER SHEET | 3 |
| | 3 | 02/17/2021 | Assessment 1 assessed at sum $410.00 | |

### Judge Assignment History

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 02/19/2021 | - | VERGARA, PAMELA | |

### Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

### Financial Summary

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $410.00 | Paid to Date: $410.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

| Financial Details | | | | | |
|---|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
| | $410.00 | $410.00 | $0.00 | $0.00 | - |

### Reopen History

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.