# EXHIBIT "C"

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>FIFTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>HERNANDO</u>   COUNTY, FLORIDA

<u>Gloria Itmaiza</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>Petco Animal Supplies Stores Inc</u>
Defendant

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.   TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

  1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☒ yes
☐ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Angelica Gentile Gentile      Fla. Bar # 102630
          Attorney or party                          (Bar # if attorney)

Angelica Gentile Gentile            02/17/2021
(type or print name)            Date

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY, FLORIDA

CASE NO.

| | |
|---|---|
| GLORIA ITMAIZA, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | JURY TRIAL DEMANDED |
| vs. | |
| PETCO ANIMAL SUPPLIES STORES, INC., | |
| *Defendant*. | |
| _____/ | |

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State

TO:    Petco Animal Supplies Stores, Inc.
        c/o Corporation Service Company
        1201 Hays Street
        Tallahassee, FL 32301

     Each Defendant is required to serve written defenses to the Complaint or petition on: **Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132,** within **twenty (20) days** after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this _____ day of _____, 2021.

                                                 As Clerk of the Court

                                                 By: _____
                                                       As Deputy Clerk

IN THE CIRCUIT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY, FLORIDA

CASE NO.: 21000122CAAXMX

GLORIA ITMAIZA, individually and
on behalf of all others similarly situated,

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

PETCO ANIMAL SUPPLIES STORES, INC.,

Defendant.

_____/

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF**

PLEASE TAKE NOTICE that Garrett O. Berg of the law firm of Shamis & Gentile, P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: March 3, 2021

Respectfully submitted,
*/s/ Garrett O. Berg*
**SHAMIS & GENTILE, P.A.**
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Florida Courts E-Filing Portal, which will furnish a copy to all individuals on the attached Service List.

Respectfully submitted,
*/s/ Garrett Berg*

# RETURN OF SERVICE

State of Florida        County of Hernando        Circuit Court

Case Number: 2021-CA-122

Plaintiff:
GLORIA ITMAIZA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILIARLY SITUATED



KDY2021006942

vs.

Defendant:
PETCO ANIMAL SUPPLIES STORES, INC.

For:
SHAMIS & GENTILE, P.A.

Received by GLOBAL PROCESS SERVICES CORP. on the 23rd day of February, 2021 at 12:54 pm to be served on PETCO ANIMAL SUPPLIES STORES, INC. C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.

I, JAMES J. KADY, do hereby affirm that on the 23rd day of February, 2021 at 1:59 pm, I:

served a CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE by delivering a true copy of the SUMMONS and CLASS ACTION COMPLAINT with the date and hour of service endorsed thereon by me, to: Sheena Black as Service Liaison authorized to accept service, of the within named corporation, at the address of: 1201 Hays St, Tallahassee, FL 32301 on behalf of PETCO ANIMAL SUPPLIES STORES, INC., and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 32, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.            "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JAMES J. KADY
Process Server #65

GLOBAL PROCESS SERVICES CORP.
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: KDY-2021006942
Ref: 21-0462

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

Filing # 121576049 E-Filed 02/17/2021 03:48:23 PM

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR HERNANDO COUNTY, FLORIDA

CASE NO. 2021-CA-122

GLORIA ITMAIZA, individually and on behalf of all others similarly situated,

CLASS ACTION

*Plaintiff*,

JURY TRIAL DEMANDED

vs.

PETCO ANIMAL SUPPLIES STORES, INC.,

*Defendant*.

_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State

TO:   Petco Animal Supplies Stores, Inc.
      c/o Corporation Service Company
      1201 Hays Street
      Tallahassee, FL 32301

Each Defendant is required to serve written defenses to the Complaint or petition on: **Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132,** within **twenty (20) days** after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this 19 day of February, 2021. Doug Chorvat Jr.

As Clerk of the Court

By: Donya Sanders
As Deputy Clerk