IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **GLORIA ITMAIZA**, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>**PETCO ANIMAL SUPPLIES STORES, INC.,**<br><br>     Defendant. | **Case No. 8:21-cv-00711-SCB-AAS** |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Petco Animal Supplies Stores, Inc. ("PETCO") hereby discloses the following:

1)     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Gloria Itmaiza (Plaintiff)
Shamis & Gentile, P.A. (Counsel for Plaintiff)
Hiraldo, P.A. (Counsel for Plaintiff)
Edelsberg Law, P.A. (Counsel for Plaintiff)

Petco Animal Supplies Stores, Inc. (Defendant)
Baker & Hostetler, LLP (Counsel for Defendant)

Petco Health and Wellness Company, Inc. (Parent Company of Defendant)

2) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Petco Health and Wellness Company, Inc. (Parent Company of Defendant).

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff Gloria Itmaiza claims that PETCO violated the Florida Security of Communications Act, Fla. Stat. Ann. § 934.01, et seq. ("FSCA"). Plaintiff purports to bring this action on behalf of herself and a class of "[a]ll persons residing within the State of Florida (1) who visited Defendant's website and (2) whose electronic communications were intercepted by Defendant or on Defendant's behalf (3) without their prior consent." PETCO denies any wrongdoing under the FSCA and denies Plaintiff is a victim of any actions taken by it.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge

assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED this 8th day of April, 2021.

Respectfully submitted,

*/s/Julie Singer Brady*
Julie Singer Brady, Esq.
Florida Bar No. 389315
Email: jsingerbrady@bakerlaw.com
BAKER & HOSTETLER LLP
200 S. Orange Ave., Suite 2300
Orlando, Florida  32801
Telephone:  407-649-4000
Facsimile: 407-841-0168

Paul G. Karlsgodt
Baker & Hostetler LLP
Email: pkarlsgodt@bakerlaw.com
1801 California Street, Suite 4400
Denver, CO  80202
Telephone:  303-861-0600
Facsimile:  303-861-7805

*Attorneys for Defendant  Petco Animal Supplies Stores, Inc.*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on April 8, 2021, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/Julie Singer Brady*
Julie Singer Brady
